

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-16-00039-CV

**MOMENTUM CAPITAL FUNDING, LLC**,
Appellant

v.

Keith **DILL**, D&K Energy Services, LLC and DK Manufacturing, LLC,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-18711
Honorable Laura Salinas, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's order granting a temporary injunction. Appellees' brief was due April 20, 2016. Neither the brief nor a motion for extension of time was filed.

We therefore **ORDER** appellees to file their appellees' brief and a written response reasonably explaining their failure to timely file the brief in this court **on or before May 6, 2016**. If appellees fail to file a brief and the written response by the date ordered, we will order the case submitted without an appellees' brief.

We **order** the clerk of this court to serve a copy of this order on all counsel.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2016.

Keith E. Hottle
Clerk of Court